No. 77–1220. SCHROEDER *v.* MUNICIPAL COURT OF THE LOS CERRITOS JUDICIAL DISTRICT (CALIFORNIA, REAL PARTY IN INTEREST). Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question. ▮▮▮▮▮▮▮▮▮▮

No. 77–6365. GILL *v.* GILL ET AL. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮▮▮▮▮▮▮▮